FILED
NOV 13 2025
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Timothy | McCall | West |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known): 25-30931

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1** Department of the Treasury
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

What is the nature of the claim? **Income & Excise**   **$757,874.54**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Contact

Contact phone

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

**2** Department of the Treasury
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

What is the nature of the claim? **Income Tax**   **$1,512.11**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -

B104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Case: 25-30931   Doc# 4   Filed: 11/13/25   Entered: 11/13/25 15:18:01   Page 1 of 3

Debtor 1   **Timothy McCall West**              Case number *(if known)* _____

Contact phone                     Unsecured claim

---

**3**

**Jennifer Sarkany, Ramsey Aboumeleh, Sandra Fierro, Nina Robin**
c/o Mark Hooshmand,
Hooshmand Law Group
57 Post St, Suite 804
San Francisco, CA 94104

What is the nature of the claim?   **Judgment**   **$275,194.77**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact _____
Contact phone _____

---

**4**

**Mark Hooshmand**
Hooshmand Law Group PC
57 Post Street #804
San Francisco, CA 94104

What is the nature of the claim?   **Attorney fees**   **$250,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact _____
Contact phone _____

---

**5**

**Wells Fargo Bank NA**
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

What is the nature of the claim?   **Credit Card**   **$8,045.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact _____
Contact phone _____

---

**Part 2: Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

x X *S. W* _____                         x _____
**Timothy McCall West**                    Signature of Debtor 2
Signature of Debtor 1

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 2

Case: 25-30931   Doc# 4   Filed: 11/13/25   Entered: 11/13/25 15:18:01   Page 2 of 3

Debtor 1   **Timothy McCall West**   Case number *(if known)*

Date  11/13/2025              Date

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 3

Case: 25-30931   Doc# 4   Filed: 11/13/25   Entered: 11/13/25 15:18:01   Page 3 of 3